# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 17-2019

Norman Whitney, Sr.

Appellant

v.

City of St. Louis, Missouri and Shelley Sharp, in both her Official Capacity as a Corrections Officer and Individually

Appellees

___

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:16-cv-01372-CEJ)
___

**ORDER**

The petition for rehearing *en banc* is denied. The petition for rehearing by the panel is also denied.

Judge Kelly and Judge Grasz would grant the petition for rehearing *en banc*.

June 14, 2018

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
___

/s/ Michael E. Gans